# UNITED STATES DISTRICT COURT
## District of Minnesota

Julie A. Su,

        Plaintiff,

v.

Alpha & Omega USA, Inc., Viktor Cernatinskij,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 20-cv-1033 DSD/LIB

☒ **Jury Verdict**. This action came before the court for a trial by jury. The issues identified by the Eighth Circuit Court of Appeals mandate in this matter have been tried and the jury has rendered its verdict via special verdict form. Based on that verdict, the court's previous determinations on summary judgment, and the Eighth Circuit mandate, IT IS ORDERED AND ADJUDGED THAT:

1. Defendants are an "employer" under section 3(d) of the Fair Labor Standards Act, 29 U.S.C. § 203(d)(3) (FLSA);
2. Defendants' drivers, identified in Exhibit A of the Secretary's complaint, are employees under section 3(e)(1), 29 U.S.C § 203(e)(1), of the FLSA;
3. Defendants violated the FLSA's minimum wage provisions, 29 U.S.C. § 206, by failing to pay drivers the federal minimum wage of $7.25 per hour for all hours worked;
4. Defendants violated the FLSA's overtime provisions, 29 U.S.C. § 207, by failing to compensate drivers at least one and one-half times their regular rates for hours in excess of forty hours per week;
5. Defendants violated the FLSA's recordkeeping provisions, 29 U.S.C. § 211(c), by failing to: (1) maintain a complete set of time records; and (2) keep and maintain time and pay records reflecting each driver's total hours worked each week, including regular and overtime hours; each driver's regular rates; and each driver's weekly premium pay;
6. The Secretary properly computed back wages for the 21 drivers listed in Exhibit A of the Secretary's complaint for the time period from March 20, 2017, through March 19, 2019;
7. Defendants are jointly and severally liable for the full amount of back wages and for an equal amount in liquidated damages;
8. Defendants shall pay $127,314.10 in back wages due to the 21 drivers listed in Exhibit A of the Secretary's complaint under section 16 of the FLSA, with an equal amount of liquidated damages, for a total amount of $254,628.20. The amounts due to each driver shall be paid in accordance with the Secretary's WH-56 Form;

SCANNED
JUN 27 2023
U.S. DISTRICT COURT MPLS

9. Defendants are enjoined and restrained, under section 17 of the FLSA, 29 U.S.C. § 217, from withholding the back wages and liquidated damages found due and from prospectively violating the FLSA's minimum wage, overtime, and recordkeeping provisions; and
10. Defendants shall properly classify all current and future drivers as employees and pay them in accordance with the FLSA, 29 U.S.C. § 201 et seq.

Date: 6/27/2023

s/David S. Doty
David S. Doty, Judge
United States District Court

Date: 6/27/2023

KATE M. FOGARTY, CLERK